**EXHIBIT C**




EXHIBIT C - PAGE 26